UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Shreedhar Madhavapeddi, Bareboat Charterer of an Unnamed 22-foot 1963 Pearson Ensign, Vessel Registration No. WN 5428JD, for Exoneration from or Limitation of Liability,<br><br>Plaintiff. | IN ADMIRALTY<br>NO. C15-1559RSL<br><br>ORDER DIRECTING DEPOSIT OF SECURITY FOR COSTS, ENJOINING ACTIONS OR PROCEEDINGS SUBJECT TO LIMITATION IN THIS ACTION, AND PROVIDING NOTICE TO INTERESTED PARTIES |

On or about September 30, 2015, plaintiff Shreedhar Madhavapeddi filed a "Complaint for Exoneration from or Limitation of Liability" under Supplemental Admiralty Rule F. Plaintiff seeks a declaration regarding his liability, if any, arising from the collusion between a motorboat operated by Richard A. Hicks and the unnamed 22-foot Pearson Ensign sailing vessel, Vessel Registration No. WN 5428JD, on or about July 16, 2014. Plaintiff filed a motion for stay and entry of monition (Dkt. # 5) and a motion and proposed order regarding security for costs (Dkt. # 6). Having reviewed the complaint, motions, and the remainder of the record in the above-captioned matter, it is HEREBY ORDERED as follows.

(1) Pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty & Maritime Claims and Local Admiralty Rule 120(b), plaintiff shall deposit with the Clerk of Court security for costs in the amount of $500.00 and interest in the amount of $60.00, which

NOTICE TO INTERESTED PARTIES - 1

1  shall cover the interest at a rate of 6% for two years.  Such security shall be deposited within five
2  days from the date of this Order.
3        (2)     Pursuant to Rule F(3) of the Supplemental Rules for Certain Admiralty &
4  Maritime Claims, further prosecution of any action or proceeding against the plaintiff or the
5  plaintiff's property with respect to any claim subject to limitation in this action is hereby
6  ENJOINED.
7        (3)     The Clerk of Court is directed to send copies of the complaint and this Order to the
8  following claimants:

> John Protz
>     c/o James P. Jacobsen
> Beard Stacey & Jacobsen, LLP
> 4039 21st Avenue West, Suite 401
> Seattle, WA 98199
>
> Kathleen Larsen
>     c/o Ann H. Rosato
> Peterson Wampold Rosato Luna Knopp
> 1501 Fourth Avenue, Suite 2800
> Seattle, WA 98101

15       (4)     Plaintiff shall publish a copy of the notice below in the Seattle Daily Journal of
16 Commerce once a week for four consecutive weeks starting the week of October 19, 2015.

> **Notice to Interested Parties:**  Shreedhar Madhavapeddi, bareboat charterer of an unnamed 22-foot 1963 Pearson Ensign, vessel registration number WN 5428JD, has filed for exoneration from, or limitation of, any liability for claims arising from the collusion between a motorboat operated by Richard A. Hicks and the unnamed 22-foot Pearson Ensign sailing vessel, Vessel Registration No. WN 5428JD, on or about July 16, 2014.  Any person who has or may have such a claim should, on or before December 28, 2015, file it with the Clerk of Court, U.S. Federal District Court, Western District of Washington at Seattle, under the title "In the Matter of the Complaint of Shreedhar Madhavapeddi," and Cause No. C15-1559RSL.  A copy shall also be served upon attorney Emilia L. Sweeney, Carney Badley Spellman, P.S., 701 Fifth Avenue, Suite 3600, Seattle, WA 98104.  Any such claim shall comply with the requirements of Supplemental Admiralty Rule F(5).  Any claimant who desires to contest Shreedhar Madhavapeddi's right to exoneration from or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter, unless such answer is included in the claim.  This notice is published pursuant to orders of the said Court, Honorable Robert S. Lasnik, dated 8 October 2015.

28 NOTICE TO INTERESTED PARTIES - 2

     (5)     Plaintiff shall, not later than the day of the second publication required in paragraph (4), mail copies of the complaint and this Order to every person known to have made any claim against the vessel or the plaintiff arising out of the voyage or trip on which the claims sought to be limited arose.  With regard to Melissa Protz, copies of the complaint and this Order shall be mailed to the decedent at the decedent's last known address, and also to any person who shall be known to have made any claim on account of such death.

     (6)     Any person who has or may have a claim with respect to which the complaint seeks exoneration or limitation shall file his or her claim with the Clerk of Court under the above cause number no later than December 28, 2015.  Each claim shall comply with the requirements of Supplemental Admiralty Rule F(5).  A copy of such claim shall be served on the attorney for plaintiff, Emilia L. Sweeney, Carney Badley Spellman, P.S., 701 Fifth Avenue, Suite 3600, Seattle, WA 98104.

     (7)     If a claimant desires to contest either plaintiff's right to exoneration from or the right to limitation of liability, he or she shall file and serve an answer to the complaint in the above-captioned matter unless such answer is included in the claim filed pursuant to paragraph (6).

DATED this 8th day of October, 2015.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

NOTICE TO INTERESTED PARTIES - 3